## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:18-CR-143 ALM |
| § | |
| JESSICA LYNN NELSON § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on February 20, 2019, to determine whether Defendant violated her supervised release. Defendant was represented by Denise Benson. The Government was represented by Marisa Miller.

On November 30, 2011, Defendant was sentenced by the Honorable Joan N. Ericksen, United States District Judge of the District of Minnesota, to a sentence of forty-six (46) months imprisonment followed by a four (4) year term of supervised release for the offense of Aiding and Abetting Possession with Intent to Distribute Methamphetamine. Defendant began her term of supervision on April 2, 2015. On March 20, 2017, Defendant's term of supervised release was revoked and Defendant was sentenced to six (6) months imprisonment followed by a twenty-two (22) month term of supervised release under the same conditions previously imposed. On August 10, 2018, Jurisdicton of this case was transferred to the Eastern District of Texas, and the case was assigned to the Honorable Amos L. Mazzant, III.

On February 4, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 4). The Petition asserts that Defendant violated

the following conditions of supervision: (1) Defendant shall complete an immediate ssessment or participate in a program for substance abuse as approved by the probation officer upon release or relapse during the term of supervised release. That program may include testing and impatient or outpatient treatment, counseling, or a support group. Further, Defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program, not to exceed the total cost of treatment; (2) Defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, Defendant shall contribute to the costs of such treatment as determined by the Probation Officer Co-Payment Program not to exceed the total cost of treatment; (3) After initially reporting to the probation officer, Defendant will receive instructions from the court or the probation officer about how and when Defendant must report to the probation officers, and Defendant must report to the probation officer as instructed; (4) Defendant must answer truthfully the questions asked by Defendant's probation officer; and (5) Defendant must not unlawfully possess a controlled substance. Defendant must refrain from any unlawful use of a controlled substance.

The Petition alleges that Defendant committed the following violations: (1) Defendant failed to submit a urine specimen on the following dates: May 2, 2018; May 7, 2018; May 10, 2018; May 15, 2018; June 6, 2018; June 11, 2018; and June 14, 2018. Defendant failed to call the Random Drug Testing Program on the following dates: May 1 through May 9, 2018; May 11 through May 31, 2018; June 1 through June 5, 2018; June 7 through June 12, 2018; and June 14 through June 18, 2018; (2) On May 9, 2018, and June 21, 2018, Defendant failed to attend mental health treatment as instructed; (3) On May 15, 2018, May 17, 2018, and May 21, 2018, Defendant failed to report to the probation office in the Eastern District of Texas as instructed. Additionally, Defendant failed to

report on July 5, 2018; (4) On June 1, 2018, Defendant told the probation officer she was still employed at Bonham Cleaners; however, contact with her employer revealed she no longer worked there and her last day of employment was May 29, 2018; and (5) On June 1, 2018, Defendant submitted a urine specimen at the U.S. Probation Office that tested positive for amphetamines, methamphetamines, and marijuana. The specimen was confirmed positive by Alere Laboratories, Inc.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived her right to allocute before the district judge and her right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of her supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the February 20, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with twelve (12) months supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in Carswell FCI , if appropriate.

**SIGNED this 8th day of March, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE